### Markoff, Appellant, *v.* Renard et al.

Argued November 8, 1971. *Robert K. Stitt, III,* for appellant; *Thomas J. Reinstadtler, Jr.,* with him *Egler, McGregor & Reinstadtler,* for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

SPAULDING, J., absent.